UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00293-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAIME SANCHEZ-CAMACHO,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file. It is hereby

 ORDERED that a 3-day jury trial is set for **Monday, October 3, 2011, at 9:00 a.m. in Courtroom A-1002.** It is

 FURTHER ORDERED that any pretrial motions by Defendant shall be filed on or before **September 12, 2011.** It is

 FURTHER ORDERED that Counsel shall contact chambers to schedule a hearing on pending motions, if any, and final trial preparation conference, if necessary.

 Dated: August 3, 2011

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge