UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00293-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME SANCHEZ-CAMACHO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on September 12, 2011. Accordingly, the 3-day jury trial set to commence Monday, October 3, 2011, at 9:00 a.m. is **VACATED.** A Change of Plea Hearing is **SET** for **Friday, October 28, 2011, at 4:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: September 15, 2011.